Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Diana Lynn Curley** : | Case No. 12−25797−JAD |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| The Bank of New York Mellon Trust Company, : | |
| N.A. fka The Bank of New York Trust Company, : | |
| N.A. as successor to JPMorgan Chase Bank, N.A. : | Related to Claim No. 8 |
| as trustee for Residential Asset Mortgage : | |
| Products, Inc. Mortgage Asset−Backed : | |
| pass−Through Certificates Series 2005−SP2 : | |
| *Movant,* : | |
| : | |
| v. : | |
| Diana Lynn Curley : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |
| : | |

## ORDER

   **AND NOW**, this **18th day of October, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *The Bank of New York Mellon Trust Company, N.A. fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A. as trustee for Residential Asset Mortgage Products, Inc. Mortgage Asset−Backed pass−Through Certificates Series 2005−SP2* at Claim No. 8 in the above−captioned bankruptcy case,

   It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

   (1) an *AMENDED CHAPTER 13 PLAN;*

   (2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

   (3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

   *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                            <u>Jeffery A. Deller</u>
                              United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Diana Lynn Curley
    Debtor

Case No. 12-25797-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jbre    Page 1 of 1    Date Rcvd: Oct 18, 2016
Form ID: 237    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.
db    +Diana Lynn Curley,   1314 McCully Rd,   Pittsburgh, PA 15234-1935
    +Bank of America, N.A.,   16001 N. Dallas Pkwy,   Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:
    Andrew F Gornall   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., et al
     agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Andrew F Gornall   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
     bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
    Jeffrey R. Hunt   on behalf of Creditor   Borough of Castle Shannon jhunt@grblaw.com,
     cnoroski@grblaw.com
    Jeffrey R. Hunt   on behalf of Creditor   Keystone Oaks School District jhunt@grblaw.com,
     cnoroski@grblaw.com
    Jennifer L. Cerce   on behalf of Creditor   Keystone Oaks School District jlc@mbm-law.net
    Mary Bower Sheats   on behalf of Plaintiff Diana Lynn Curley mbsheats@fbmgg.com,
     mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
    Mary Bower Sheats   on behalf of Debtor Diana Lynn Curley mbsheats@fbmgg.com,
     mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
    TOTAL: 11