**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Diana Lynn Curley** | : | Case No. 12–25797–JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| The Bank of New York Mellon Trust Company, | : | |
| N.A FKA The Bank of New York Trust | : | |
| Company, N.A. as successor to JPMorgan Chase | : | Related to Claim No. 8 |
| Bank, N.A., as Trustee for Residential Asset | : | |
| Mortgage Products, | : | |
| Inc., Mortgage Asset–Backed Pass–Through | : | |
| Certificates Series 2005–SP2 | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Diana Lynn Curley | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |

## ORDER

        **AND NOW**, this **17th day of April, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *The Bank of New York Mellon Trust Company, N.A FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset–Backed Pass–Through Certificates Series 2005–SP2* at Claim No. 8 in the above–captioned bankruptcy case,

        It is hereby **ORDERED** that ***on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed**, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an ***AMENDED CHAPTER 13 PLAN;***

    (2)    a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

        *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

        <u>Jeffery A. Deller</u>
        United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                      Case No. 12-25797-JAD
Diana Lynn Curley                                           Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: mgut            Page 1 of 1        Date Rcvd: Apr 17, 2017
                            Form ID: 237          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.
```
db            +Diana Lynn Curley,   1314 McCully Rd,   Pittsburgh, PA 15234-1935
              +Essa Gye,   Bank of America, N.A.,   16001 N. Dallas Pkwy,   Addison, TX 75001-3311
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., et al
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., et al
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of Castle Shannon jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Keystone Oaks School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor   Keystone Oaks School District jlc@mbm-law.net
          Mary Bower Sheats    on behalf of Plaintiff Diana Lynn Curley mbsheats@fgbmp.com,
           mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
          Mary Bower Sheats    on behalf of Debtor Diana Lynn Curley mbsheats@fgbmp.com,
           mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 12
```