**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/27/2017

IN RE:

DIANA LYNN CURLEY
1314 MCCULLY RD
PITTSBURGH, PA 15234
XXX-XX-8126        Debtor(s)

Case No. 12-25797 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/27/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:1  INT %: 0.00% <br> Court Claim Number:7 <br><br> CLAIM:  167.84 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  6002 |
| **BANK OF NEW YORK MELLON - TRUSTEE** <br> C/O BANK OF AMERICA** <br> PO BOX 15312 <br><br> WILMINGTON, DE  19850 | Trustee Claim Number:2  INT %: 0.00% <br> Court Claim Number:8 <br><br> CLAIM:  18,053.96 <br> COMMENT:  LOAN MOD @CID22 | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.:  5892 |
| **DYCK O NEAL INC*** <br> PO BOX 601549 <br><br> DALLAS, TX  75360-1549 | Trustee Claim Number:3  INT %: 0.00% <br> Court Claim Number:2 <br><br> CLAIM:  16,575.00 <br> COMMENT:  AVD/DOE*2ND/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3762 |
| **FIRST NATIONAL BANK OF PA(*)** <br> LOAN ADJUSTMENT DEPT* <br> 4140 E STATE ST <br><br> HERMITAGE, PA  16148 | Trustee Claim Number:4  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  SURR/PL | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.:  3406 |
| **PHFA(*)** <br> ATTN: LOAN SERVICING <br> PO BOX 15057 <br><br> HARRISBURG, PA  17105-5057 | Trustee Claim Number:5  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  AVD/DOE*3RD/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1314 MCCULLY RD |
| **ASSET ACCEPTANCE CORP** <br> POB 2036 <br><br> WARREN, MI  48090 | Trustee Claim Number:6  INT %: 0.00% <br> Court Claim Number:1 <br><br> CLAIM:  18,097.81 <br> COMMENT:  3808/SCH*CHASE  HERITAGE FIRST | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7842 |
| **CHASE** <br> PO BOX 15298 <br><br> WILMINGTON, DE  19850 | Trustee Claim Number:7  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3348 |
| **MIDLAND FUNDING LLC** <br> 1060 ANDREW DR STE 170 <br><br> WEST CHESTER, PA  19380 | Trustee Claim Number:8  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3466 |
| **SEARS/CITI CARD USA*++** <br> BANKRUPTCY DEPT* <br> POB 182149* <br><br> COLUMBUS, OH  43218 | Trustee Claim Number:9  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7047 |
| **STATE COLLECTION SERVICE INC** <br> POB 6250 <br><br> MADISON, WI  53701 | Trustee Claim Number:10  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1258 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br><br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  KEYSTONE OAKS SD/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br><br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CASTLE SHANNON BORO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KEYSTONE OAKS SD (CASTLE SHANNON) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DL<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  0.00<br>COMMENT:  817.61CL@10%*SRRNDR/PL-CONF | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  190G276;11 |
| **CASTLE SHANNON BOROUGH (SWG)**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  0.00<br>COMMENT:  6.04@10%CL*SRRNDR/PL-CONF | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  190G276;12 |
| **CASTLE SHANNON BOROUGH (SWG)**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  0.00<br>COMMENT:  .76CL*SRRNDR/PL-CONF | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  190G276;12;NON% |
| **CASTLE SHANNON BOROUGH (SWG)**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:16  INT %:  10.00%<br>Court Claim Number:5<br>CLAIM:  18.94<br>COMMENT:  61.31@CL5GOVS*NOTHING OWED/JORDAN-CONF*DK | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  250K124;12 |
| **CASTLE SHANNON BOROUGH (RE)**<br>C/O JORDAN TAX SVC-DLQ CLLCT**<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  0.00<br>COMMENT:  475.55CL@10%*SRRNDR/PL-CONF | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  190G276;11 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  0.00<br>COMMENT:  211.10@12%CL*SRRNDR/PL-CONF | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  190G276;12 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  0.00<br>COMMENT:  48.98CL*SRRNDR/PL-CONF | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  190G276;12;NON% |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O BANK OF AMERICA**<br>PO BOX 15312<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  BGN 12/12*LOAN MOD@CID22 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  5892 |

| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| C/O BANK OF AMERICA** | Court Claim Number:8 | ACCOUNT NO.:  5892 |
| PO BOX 15312 | | |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  THRU 11/11*LOAN MOD@CID22 | |

| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYME[NT] |
|---|---|---|
| C/O BANK OF AMERICA** | Court Claim Number:08 | ACCOUNT NO.:  5892 |
| PO BOX 15312 | | |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  PMT/PL*BGN 6/14*DKT4LMT*LOAN MOD | |

| **ESB BANK(*)** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 1 BANK PLAZA | Court Claim Number: | ACCOUNT NO.: |
| ATTN LOAN OPERATIONS | | |
| | CLAIM:  0.00 | |
| WHEELING, WV  26003 | COMMENT:  PLACEHOLDER*NT/SCH-PL*AVD/OE*DK | |