Form 128

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Diana Lynn Curley** : | Case No. 12−25797−JAD |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| The Bank of New York Mellon Trust Company, : | |
| N.A. FKA The Bank of New York Trust : | |
| Company, N.A. as successor to JPMorgan Chase : | Related to Claim No. 8 |
| Bank, N.A. as Trustee for Residential Asset : | |
| Mortgage Products, Inc., Mortgage Asset−Backed : | |
| Pass−Through Certificates Series 2005−SP2 : | |
| *Movant,* : | |
| : | |
| v. : | |
| Diana Lynn Curley : | |
| *Respondent.* : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  November 20, 2017 .

Dated: November 6, 2017

Melissa Guthrie
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Diana Lynn Curley  
    Debtor

Case No. 12-25797-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Nov 06, 2017  
                      Form ID: 128     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.  
aty        +Mary Bower Sheats,    Frank,Gale, Bails, Murcko & Pocrass,P.C.,    3300 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219-1908  
         +Andrew Garcia,    Bank of America, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:  
       Andrew F Gornall     on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Andrew F Gornall     on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       James Warmbrodt     on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al bkgroup@kmllawgroup.com  
       Jeffrey R. Hunt     on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
       Jeffrey R. Hunt     on behalf of Creditor    Borough of Castle Shannon jhunt@grblaw.com, cnoroski@grblaw.com  
       Jeffrey R. Hunt     on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com, cnoroski@grblaw.com  
       Jennifer L. Cerce     on behalf of Creditor    Keystone Oaks School District jlc@mbm-law.net  
       Mary Bower Sheats     on behalf of Plaintiff Diana Lynn Curley mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com  
       Mary Bower Sheats     on behalf of Debtor Diana Lynn Curley mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                     TOTAL: 12