**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Diana Lynn Curley**
Debtor(s)

Bankruptcy Case No.: 12−25797−JAD

Chapter: 13
Docket No.: 178 − 176

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of February, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/26/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/4/18 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/26/18.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-25797-JAD
Diana Lynn Curley                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 2              Date Rcvd: Feb 26, 2018
                              Form ID: 408            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.
```
db             +Diana Lynn Curley,    1314 McCully Rd,    Pittsburgh, PA 15234-1935
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13520297        BAC Home Loans,    450 American St,    Simi Valley, CA 93065-6285
13520298       +BNY-Mellon,    14523 SW Millikan Way,    Suite 200,    Beaverton, OR 97005-2352
13544323       +Bank of America Home Loans,    9700 Bissonnet Street,    Suite 1500,    Houston TX 77036-8013
13554096       +Borough of Castle Shannon,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13520299       +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13554074       +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13520301       +First National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
13520302       +KML Law Group, PC,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13554097       +Keystone Oaks SD,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13520303       +Midland Funding LLC,    227 W Trade St Ste 1610,    Charlotte, NC 28202-1676
13520305       +Sears,    PO Box 183082,    Columbus, OH 43218-3082
13520306       +State Collection Service Inc,    2509 S Stoughton rd,    Madison, WI 53716-3314
13697852        The Bank of New York Mellon Trust Company, N.A., e,    P.O. Box 660933,    Dallas, TX 75266-0933
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13520296       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 27 2018 02:19:05     Asset Acceptance LLC,
                 PO Box 1630,    Warren, MI 48090-1630
13533617       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 27 2018 02:19:05     Asset Acceptance LLC,
                 PO Box 2036,    Warren MI 48090-2036
13520300        E-mail/Text: lweidhaas@dyckoneal.com Feb 27 2018 02:19:13     Dyck O'Neal,    PO Box 13370,
                 Arlington, TX 76094
13573622       +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2018 02:20:04     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13520304        E-mail/Text: blegal@phfa.org Feb 27 2018 02:19:14     PHFA,    2101 N Front St,
                 Harrisburg, PA 17110-1086
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              BANK OF AMERICA, N.A.
cr              Borough of Castle Shannon
cr              Keystone Oaks School District
cr              The Bank of New York Mellon Trust Company, N.A., e
                                                                                   TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
```

```
District/off: 0315-2          User: jfur              Page 2 of 2            Date Rcvd: Feb 26, 2018
                              Form ID: 408            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Castle Shannon jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
        Jennifer L. Cerce    on behalf of Creditor    Keystone Oaks School District jlc@mbm-law.net
        Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al pawb@fedphe.com
        Mary Bower Sheats    on behalf of Plaintiff Diana Lynn Curley mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
        Mary Bower Sheats    on behalf of Debtor Diana Lynn Curley mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                       TOTAL: 14

Case 12-25797-JAD    Doc 179    Filed 02/28/18    Entered 03/01/18 01:02:02    Desc
Imaged Certificate of Notice    Page 3 of 3