**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DIANA LYNN CURLEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:12-25797 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/29/2012 and confirmed on 3/7/13. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 73,301.83 |
| Less Refunds to Debtor | 153.90 | |
| TOTAL AMOUNT OF PLAN FUND | | 73,147.93 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 11,732.46 | |
|    Trustee Fee | 2,737.04 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,469.50 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 18,053.96 | 18,053.96 | 0.00 | 18,053.96 |
|     Acct: 5892 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3406 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5892 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 40,597.37 | 0.00 | 40,597.37 |
|     Acct: 5892 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5892 | | | | |
|   KEYSTONE OAKS SD (CASTLE SHANNOI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX6;11 | | | | |
|   CASTLE SHANNON BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX6;12 | | | | |
|   CASTLE SHANNON BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXNON% | | | | |
|   CASTLE SHANNON BOROUGH (SWG) | 18.94 | 18.94 | 8.16 | 27.10 |
|     Acct: XXXXXX4;12 | | | | |
|   CASTLE SHANNON BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX6;11 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX6;12 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXNON% | | | | |
| | | | | 58,678.43 |
| **Priority** | | | | |
|   MARY BOWER SHEATS | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DIANA LYNN CURLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DIANA LYNN CURLEY | 153.90 | 153.90 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WENDY L DUCHENE ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |

12-25797 JAD                                                                                                  Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| Acct: | | | | |
| MARY BOWER SHEATS | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARY BOWER SHEATS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARY BOWER SHEATS | 8,032.46 | 8,032.46 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX3-14 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 167.84 | 0.00 | 0.00 | 0.00 |
| Acct: 6002 | | | | |
| DYCK O NEAL INC* | 16,575.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3762 | | | | |
| PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXY RD | | | | |
| ASSET ACCEPTANCE CORP | 18,097.81 | 0.00 | 0.00 | 0.00 |
| Acct: 7842 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3348 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3466 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7047 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1258 | | | | |
| ESB BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                  58,678.43

TOTAL
CLAIMED              0.00
PRIORITY        18,072.90
SECURED         34,840.65

Date: 02/23/2018                                         /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　DIANA LYNN CURLEY<br>　　　　Debtor(s)<br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　　vs.<br>　No Repondents. | Case No.:12-25797 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-25797-JAD
Diana Lynn Curley                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jfur              Page 1 of 2         Date Rcvd: Feb 26, 2018
                            Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
```
db          +Diana Lynn Curley,    1314 McCully Rd,    Pittsburgh, PA 15234-1935
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13520297     BAC Home Loans,    450 American St,    Simi Valley, CA 93065-6285
13520298    +BNY-Mellon,    14523 SW Millikan Way,    Suite 200,    Beaverton, OR 97005-2352
13544323    +Bank of America Home Loans,    9700 Bissonnet Street,    Suite 1500,    Houston TX 77036-8013
13554096    +Borough of Castle Shannon,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13520299    +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13554074    +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13520301    +First National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
13520302    +KML Law Group, PC,    Suite 5000 - BNY Independence Center,    701 Market Street,
              Philadelphia, PA 19106-1538
13554097    +Keystone Oaks SD,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13520303    +Midland Funding LLC,    227 W Trade St Ste 1610,    Charlotte, NC 28202-1676
13520305    +Sears,    PO Box 183082,    Columbus, OH 43218-3082
13520306    +State Collection Service Inc,    2509 S Stoughton rd,    Madison, WI 53716-3314
13697852     The Bank of New York Mellon Trust Company, N.A., e,    P.O. Box 660933,    Dallas, TX 75266-0933
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13520296    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 27 2018 02:19:05     Asset Acceptance LLC,
              PO Box 1630,    Warren, MI 48090-1630
13533617    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 27 2018 02:19:05     Asset Acceptance LLC,
              PO Box 2036,    Warren MI 48090-2036
13520300     E-mail/Text: lweidhaas@dyckoneal.com Feb 27 2018 02:19:13      Dyck O'Neal,    PO Box 13370,
              Arlington, TX 76094
13573622    +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2018 02:20:03     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13520304     E-mail/Text: blegal@phfa.org Feb 27 2018 02:19:14      PHFA,    2101 N Front St,
              Harrisburg, PA 17110-1086
                                                                                              TOTAL: 5
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Allegheny County
cr            BANK OF AMERICA, N.A.
cr            Borough of Castle Shannon
cr            Keystone Oaks School District
cr            The Bank of New York Mellon Trust Company, N.A., e
                                                                                TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., et al
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., et al
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of Castle Shannon jhunt@grblaw.com,
           cnoroski@grblaw.com
```

```
District/off: 0315-2           User: jfur              Page 2 of 2                 Date Rcvd: Feb 26, 2018
                               Form ID: pdf900         Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffrey R. Hunt    on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
        Jennifer L. Cerce    on behalf of Creditor    Keystone Oaks School District jlc@mbm-law.net
        Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al pawb@fedphe.com
        Mary Bower Sheats    on behalf of Plaintiff Diana Lynn Curley mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
        Mary Bower Sheats    on behalf of Debtor Diana Lynn Curley mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 13