IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Modified

**DEFAULT O/E JAD**

IN RE:
  DIANA LYNN CURLEY

    Debtor(s)

  Ronda J. Winnecour
        Movant
    vs.
  No Repondents.

Case No.:12-25797 JAD

Chapter 13

Document No.: 176

FILED
3/27/18 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this __27th__ day of __March__, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

   (7) The Debtor(s) SHALL FILE his/her Financial Management Course Certificate And Certificate Of Discharge Eligibility by _April 17, 2018_ or sanctions may be imposed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-25797-JAD
Diana Lynn Curley                                                   Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 2              Date Rcvd: Mar 27, 2018
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db          +Diana Lynn Curley,    1314 McCully Rd,    Pittsburgh, PA 15234-1935
cr           Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13520297     BAC Home Loans,    450 American St,    Simi Valley, CA 93065-6285
13520298    +BNY-Mellon,    14523 SW Millikan Way,    Suite 200,    Beaverton, OR 97005-2352
13544323    +Bank of America Home Loans,    9700 Bissonnet Street,    Suite 1500,    Houston TX 77036-8013
13554096    +Borough of Castle Shannon,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13520299    +Chase,   PO Box 15153,    Wilmington, DE 19886-5153
13554074    +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13520301    +First National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
13520302    +KML Law Group, PC,    Suite 5000 - BNY Independence Center,    701 Market Street,
              Philadelphia, PA 19106-1538
13554097    +Keystone Oaks SD,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13520303    +Midland Funding LLC,    227 W Trade St Ste 1610,    Charlotte, NC 28202-1676
13520305    +Sears,   PO Box 183082,    Columbus, OH 43218-3082
13520306    +State Collection Service Inc,    2509 S Stoughton rd,    Madison, WI 53716-3314
13697852     The Bank of New York Mellon Trust Company, N.A., e,    P.O. Box 660933,    Dallas, TX 75266-0933
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13520296    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 28 2018 01:57:39     Asset Acceptance LLC,
              PO Box 1630,    Warren, MI 48090-1630
13533617    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 28 2018 01:57:39     Asset Acceptance LLC,
              PO Box 2036,    Warren MI 48090-2036
13520300     E-mail/Text: lweidhaas@dyckoneal.com Mar 28 2018 01:57:45     Dyck O'Neal,    PO Box 13370,
              Arlington, TX 76094
13573622    +E-mail/Text: kburkley@bernsteinlaw.com Mar 28 2018 01:58:44     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13520304     E-mail/Text: blegal@phfa.org Mar 28 2018 01:57:46     PHFA,    2101 N Front St,
              Harrisburg, PA 17110-1086
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              BANK OF AMERICA, N.A.
cr              Borough of Castle Shannon
cr              Keystone Oaks School District
cr              The Bank of New York Mellon Trust Company, N.A., e
                                                                                   TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
               pawb@fedphe.com, james.prostko@phelanhallinan.com

```
District/off: 0315-2           User: mgut                  Page 2 of 2                  Date Rcvd: Mar 27, 2018
                               Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Castle Shannon jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Keystone Oaks School District jlc@mbm-law.net
          Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al pawb@fedphe.com
          Mary Bower Sheats    on behalf of Plaintiff Diana Lynn Curley mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
          Mary Bower Sheats    on behalf of Debtor Diana Lynn Curley mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                      TOTAL: 14