IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | | |
| Diana Lynn Curley | :: | Case No. 12-25797 JAD |
| Debtor | :: | Chapter 13 |
| Diana Lynn Curley | :: | Related to Document No. |
| Movant | :: | Hearing Date: |
| vs. | :: | |
| Bank of America | :: | Response Date: |
| Respondents | :: | |

CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury that I am, and at all times hereinafter was, more than 18 years of age and that on June 14, 2018,, I served a true and correct copy of the Motion for Contempt, the Notice of Hearing with Response Deadline, the Exhibits, and the Proposed Order, filed in the above proceeding, upon the Respondent, by:

    First class certified mail, return receipt requested, postage paid, and addressed as follows:

Attention: Brian Moynihan, CEO
Bank of America
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

    First class mail, postage paid and addressed as follows:
James Prostko, Esq.
Phelan Hallinan Diamond & Jones LLP
1617 JFK Blvd. Ste. 1400
One Penn Center Plaza
Phila, PA 19103

Ronda Winnecour, Esq.
600 Grant St., Suite 3250
Pittsburgh, PA 15219

Executed on June 14, 2018

    /s/Mary Bower Sheats, Esquire
Mary Bower Sheats
Attorney for Debtor/Movant
PA ID # 27911
3300 Gulf Tower
707 Grant Street
Pittsburgh, PA. 15219
(412) 471-5931
mbsheats@fgbmp.com