IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Diana Lynn Curley | : | Case No. 12-25797 JAD |
| Debtor | : | Chapter 13 |
| Diana Lynn Curley | : | Related to Document No. 189, 190 |
| Movant | : | Hearing Date: July 25, 2018 at 10:00 |
| vs. | : | a.m., Courtroom D, 600 Grant Street, 54th |
| Bank of America | : | Floor, Pittsburgh, PA 15219 |
| Respondents | : | |
| | : | Response Date: July 13, 2018 |
| | : | |

**AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION FOR CONTEMPT**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **July 13, 2018** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **JULY 25, 2018 at 10:00 AM** before Judge DELLER in Court Room D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: June 15, 2018

/S/Mary Bower Sheats
Mary Bower Sheats, Pa ID # 27911
Ste. 3300, 707 Grant Street
Pittsburgh, PA 15219
(412) 281-7266
Fax: (412) 471-7351
mbsheats@fbmgg.com