IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | | |
| Diana Lynn Curley | :: | Case No. 12-25797 JAD |
| Debtor | :: | Chapter 13 |
| Diana Lynn Curley | :: | Related to Document No. 189, 190 |
| Movant | :: | |
| vs. | :: | |
| Bank of America | :: | |
| Respondents | :: | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I am, and at all times hereinafter was, more than 18 years of age and that on June 15, 2018,, I served a true and correct copy of the Motion for Contempt, the **AMENDED** Notice of Hearing with Response Deadline, the Exhibits, and the Proposed Order, filed in the above proceeding, upon the Respondent, by:

First class certified mail, return receipt requested, postage paid, and addressed as follows:

Attention: Brian Moynihan, CEO
Bank of America
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

First class mail, postage paid and addressed as follows:
James Prostko, Esq.
Phelan Hallinan Diamond & Jones LLP
1617 JFK Blvd. Ste. 1400
One Penn Center Plaza
Phila, PA 19103

Ronda Winnecour, Esq.
600 Grant St., Suite 3250
Pittsburgh, PA 15219

Executed on June 15, 2018

/s/Mary Bower Sheats, Esquire
Mary Bower Sheats
Attorney for Debtor/Movant
PA ID # 27911
3300 Gulf Tower
707 Grant Street
Pittsburgh, PA. 15219
(412) 471-5931
mbsheats@fgbmp.com