IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIANA LYNN CURLEY,<br>    Debtor<br>DIANA LYNN CURLEY<br>    Movant,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Bankruptcy No. 12-25797-JAD<br>Chapter 13<br>Doc. No. 196<br>Related to Doc. No. 189<br><br>Hearing Date: July 25, 2018<br>Response Date: July 13, 2018 |

## ORDER

AND NOW, to wit, on the <u>17th</u> day of <u>July</u>, 2018, upon due consideration of Bank of America, N.A.'s ("BANA") Unopposed Motion To Continue, it is hereby ORDERED, ADJUDGED and DECREED, that said Motion is GRANTED. The hearing scheduled for Wednesday, July 25, 2018, at 10:00 AM, is hereby cancelled and continued for a period of at least forty-five (45) days.

The hearing on the *Motion For Contempt Of Order Curing The Mortgage*, filed by Debtor at Doc. No. 189, is rescheduled to **September 4, 2018**, at **10:00 AM** in **Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.**

BY THE COURT:

_____
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Diane Lynn Curley
    Sharon R. Stritmatter, Esquire
    Mary Bower Sheats, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
7/17/18 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-25797-JAD
Diana Lynn Curley                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut           Page 1 of 1          Date Rcvd: Jul 17, 2018
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
db              +Diana Lynn Curley,    1314 McCully Rd,    Pittsburgh, PA 15234-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
       andygornall@latouflawfirm.com
      Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
      James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
       bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
       pawb@fedphe.com,    james.prostko@phelanhallinan.com
      Jeffrey R. Hunt    on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Castle Shannon jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jennifer L. Cerce    on behalf of Creditor    Keystone Oaks School District jlc@mbm-law.net
      Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
       pawb@fedphe.com
      Mary Bower Sheats    on behalf of Debtor Diana Lynn Curley mbsheats@fgbmp.com,
       mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
      Mary Bower Sheats    on behalf of Plaintiff Diana Lynn Curley mbsheats@fgbmp.com,
       mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Sharon Rice Stritmatter    on behalf of Creditor    BANK OF AMERICA, N.A.
       sstritmatter@mcguirewoods.com,    swiles@mcguirewoods.com;cboyd@mcguirewoods.com
                                                                                                   TOTAL: 15