IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE DIANA LYNN CURLEY, | : | Case No. 12-25797 JAD |
| Debtor | : | Chapter 13 |
| DIANA LYNN CURLEY | : | Related to Document No. 189 |
| Movant, | : | |
| | : | Doc. # 201 |
| v. | : | |
| | : | |
| BANK OF AMERICA, N.A., | : | Hearing Date: September 4, 2018 |
| | : | Response Date: July 13, 2018 |
| Defendant. | : | |

## ORDER

AND NOW, to wit, on the  31st  day of  August , 2018, upon due consideration of Bank of America, N.A.'s ("BANA") Unopposed Second Motion to Continue, it is hereby ORDERED, ADJUDGED and DECREED, that said Motion is GRANTED. The hearing scheduled for Tuesday, September 4, 2018 at 10:00 a.m. is hereby continued for a period of forty-five (45) days. The hearing will be rescheduled for the  2nd  day of  November , 2018 at  11  a.m./p.m. in Courtroom  D  at the United States Bankruptcy Court for the Western District of Pennsylvania.

BY THE COURT:

_____ jsf  J.

FILED
8/31/18 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Diana Lynn Curley
    Debtor

Case No. 12-25797-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: mgut　　　Page 1 of 1　　　Date Rcvd: Aug 31, 2018
　　　　　　　　　　　　　Form ID: pdf900　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db　　　　　+Diana Lynn Curley,　1314 McCully Rd,　Pittsburgh, PA 15234-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
      Andrew F Gornall　　on behalf of Creditor　　The Bank of New York Mellon Trust Company, N.A., et al
       andygornall@latouflawfirm.com
      Andrew F Gornall　　on behalf of Creditor　　BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
      James Warmbrodt　　on behalf of Creditor　　The Bank of New York Mellon Trust Company, N.A., et al
       bkgroup@kmllawgroup.com
      James A. Prostko　　on behalf of Creditor　　The Bank of New York Mellon Trust Company, N.A., et al
       pawb@fedphe.com, james.prostko@phelanhallinan.com
      Jeffrey R. Hunt　　on behalf of Creditor　　Keystone Oaks School District jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt　　on behalf of Creditor　　Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt　　on behalf of Creditor　　Borough of Castle Shannon jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jennifer L. Cerce　　on behalf of Creditor　　Keystone Oaks School District jlc@mbm-law.net
      Jerome B. Blank　　on behalf of Creditor　　The Bank of New York Mellon Trust Company, N.A., et al
       pawb@fedphe.com
      Mary Bower Sheats　　on behalf of Debtor Diana Lynn Curley mbsheats@fgbmp.com,
       mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
      Mary Bower Sheats　　on behalf of Plaintiff Diana Lynn Curley mbsheats@fgbmp.com,
       mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
      Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft　　on behalf of Creditor　　Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
      Sharon Rice Stritmatter　　on behalf of Creditor　　BANK OF AMERICA, N.A.
       sstritmatter@mcguirewoods.com, swiles@mcguirewoods.com;cboyd@mcguirewoods.com
                                                     TOTAL: 15