IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-25797 JAD |
| DIANA LYNN CURLEY | : | Chapter 13 |
|    Debtor | : | Related to Document No. 189 |
| DIANA LYNN CURLEY | : | Hearing Date: November 2, 2018 |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, | : | Response Date: July 13, 2018 |
| | : | |
|    Respondent. | : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING DEBTOR'S MOTION FOR CONTEMPT AGAINST BANK OF AMERICA**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Motion for Contempt filed on June 14, 2018, in the above captioned matter.

The signature requirements of W.Pa.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in this document by signature of counsel for Debtor and Respondent.

The undersigned further certifies that an agreed order is attached to this Certificate of Counsel.

It is respectfully requested that the attached order be entered by the Court.

No other order has been filed pertaining to the subject matter of this agreement.

Dated: October 5, 2018

By:  */s/ Sharon Rice Stritmatter*                      */s/ Mary Bower Sheats*
      Sharon Rice Stritmatter, Esq.                      Mary Bower Sheats, Esq.
      PA ID No. 316468                                                PA ID No. 27911
      McGuireWoods LLP                                       Frank Gale Bails Murcko &
      Tower Two-Sixty                                                Pocrass, P.C.
      260 Forbes Avenue, Suite 1800                 707 Grant Street, Suite 3300
      Pittsburgh, PA 15222                               Pittsburgh, PA 15219
      T: 412-667-6067                                            T: 412-471-5931
      F: 412-402-4188                                            F: 412-471-7351
      sstritmatter@mcguirewoods.com               mbsheats@fgbmp.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-25797 JAD |
| DIANA LYNN CURLEY | : | Chapter 13 |
|    Debtor | : | Related to Document No. 189 |
| DIANA LYNN CURLEY | : | Hearing Date: November 2, 2018 |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, | : | Response Date: July 13, 2018 |
| | : | |
|    Respondent. | : | |

## **CONSENT ORDER**

AND NOW, to wit, on the _____ day of _____, 2018, upon due consideration of the Settlement and Certification of Counsel, it is hereby ORDERED, ADJUDGED and DECREED, that Debtor's Motion for Contempt is hereby dismissed.

BY THE COURT:

_____J.