IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-25797 JAD |
| DIANA LYNN CURLEY | : | Chapter 13 |
|     Debtor | : | Related to Document No. 189 |
| DIANA LYNN CURLEY | : | Hearing Date: November 2, 2018 |
|     Movant | : | |
| | : | Doc. # 207 |
| v. | : | |
| | : | |
| BANK OF AMERICA, | : | Response Date: July 13, 2018 |
| | : | |
|     Respondent. | : | |

## **CONSENT ORDER**

AND NOW, to wit, on the __9th__ day of __October__, 2018, upon due consideration of the Settlement and Certification of Counsel, it is hereby ORDERED, ADJUDGED and DECREED, that Debtor's Motion for Contempt is hereby dismissed.

BY THE COURT:

_____ J.
jsf

FILED
10/9/18 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 12-25797-JAD
Diana Lynn Curley                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala           Page 1 of 1           Date Rcvd: Oct 09, 2018
                    Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db             +Diana Lynn Curley,    1314 McCully Rd,    Pittsburgh, PA 15234-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
       andygornall@latouflawfirm.com
      Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
      James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
       bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
       pawb@fedphe.com,    james.prostko@phelanhallinan.com
      Jeffrey R. Hunt    on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Castle Shannon jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jennifer L. Cerce    on behalf of Creditor    Keystone Oaks School District jlc@mbm-law.net
      Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et al
       pawb@fedphe.com
      Mary Bower Sheats    on behalf of Debtor Diana Lynn Curley mbsheats@fgbmp.com,
       mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
      Mary Bower Sheats    on behalf of Plaintiff Diana Lynn Curley mbsheats@fgbmp.com,
       mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Sharon Rice Stritmatter    on behalf of Creditor    BANK OF AMERICA, N.A.
       sstritmatter@mcguirewoods.com,    swiles@mcguirewoods.com;cboyd@mcguirewoods.com
                                                                           TOTAL: 15